# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-30007
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 13, 2024

Lyle W. Cayce
Clerk

Kayle J Piliego,

*Plaintiff—Appellant*,

*versus*

Warren Montgomery, *in his full capacity as District Attorney for the 22nd Judicial District*; Will Macke, *in his alleged official capacity as former Assistant District Attorney for the 22nd Judicial District*; Taylor Nicholson, *in her alleged official capacity as Assistant District Attorney for the 22nd Judicial District*; Darrell Sims, *in his alleged official capacity as Assistant District Attorney for the 22nd Judicial District*; Patricia Amos, *in her alleged offical capacity as former Assistant District Attorney for the 22nd Judicial District*; Randy Smith, *Sheriff, St. Tammany Parish*; John Dupuy, *Deputy Sheriff*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-5075

_____

Before Clement, Duncan, and Douglas, *Circuit Judges*.

No. 24-30007

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.